IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                    )        CASE NO. 15-51849-MGD
ZANDI ENTERPRISES INC D/B/A        )
ATLANTIC MUFFLER & AUTO CARE )
  Debtor                                           )        CHAPTER 7
                                                              )
                                                              )
-------------------------------------------------------------------------------------------------------------------

**NOTICE OF REQUIREMENT OF RESPONSE TO TRUSTEE'S MOTION FOR AUTHORIZATION TO CONDUCT A PRIVATE SALE OF THE ESTATE'S INTEREST IN CERTAIN PERSONAL PROPERTY CLEAR OF LIENS OR OTHER INTERESTS**

**OF DEADLINE FOR FILING RESPONSE; and OF HEARING**

   **PLEASE TAKE NOTE** that William J. Layng Jr., has filed a Motion for Authorization to Conduct a Private Sale of the Debtor's Interest in Certain Personal Property Clear of Liens or Other Interests seeking an order allowing the Trustee to conduct a private sale.

   <u>**Your rights may be affected**</u>.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

   If you do not want the court to grant the relief requested, or if you want the court to consider your views, then on or before **March 16, 2015**, you or your attorney must:

> (1) File with the court a written response, explaining your positions and views as to why your claim should be allowed as filed.  The written response must be filed at the following address:

Clerk, U.S. Bankruptcy Court, Suite 1340,<br>
75 Spring Street<br>
Atlanta, GA 30303

> If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it on or before the date stated above.

1

    (2) Mail or deliver a copy of your written response to the Objector's attorney at the address stated below. You must attach a Certificate of Service to your written response stating when, how, and on whom (including addresses) you served the response.

    If you or your attorney do not file a timely response, the court may decide that you do not oppose the relief sought, in which event the hearing scheduled below may be cancelled and the court may enter an order disallowing your claim as requested without further notice and without a hearing.

    If you or your attorney file a timely response, then a hearing will be held in Bankruptcy Courtroom 1201, U.S. Bankruptcy Courthouse, 75 Spring Street, SW, Atlanta, Georgia, at **10:30am**. **E.T.** on **March 19, 2015**. You or your attorney must attend the hearing and advocate your position.


Dated: 2/17/15    /s/ William J. Layng, Jr.
    William J Layng, Jr.  Bar No. 441550
    Chapter 7 Trustee
    WILLIAM J. LAYNG, JR., P.C
    400 Galleria Parkway, Suite 1500
    Atlanta, Georgia 30339
    678-385-5920
    blayng@wlaynglaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-51849-MGD |
| ZANDI ENTERPRISES INC D/B/A | ) | |
| ATLANTIC MUFFLER & AUTO CARE | ) | |
|   Debtor | ) | CHAPTER 7 |
| | ) | |
| | ) | |

**TRUSTEE'S MOTION FOR AUTHORIZATION TO CONDUCT**
**A PRIVATE SALE OF THE ESTATE'S INTEREST IN CERTAIN**
**PERSONAL PROPERTY CLEAR OF LIENS**
**OR OTHER INTERESTS**

COMES NOW, William J. Layng, Jr., duly qualified and acting Trustee in the case of the above named Debtor, and respectfully represents:

1.

On January 30, 2015, Debtor filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code and Movant is the duly qualified and acting Chapter 7 Trustee.

2.

Personal property of the estate ("property") includes: Air compressors

Brake Machine

Press Machine

Fluid Machines (3)

AC Machines (2)

Coke Machine

Lifts (5)

Desks, chairs, computer, signage

Inventory of oil in the Bulk oil tank (200+ gallons)

All the inventory items on exhaust side and main side

3

3.

Movant seeks to sell the property at private sale pursuant to 11 U.S.C. section 363 free and clear of all liens and encumbrances, with any and all such liens or encumbrances to attach the proceeds of the sale in the same priority and to the extent of their validity as to the property.

4.

The sale is contingent upon approval of the Bankruptcy Court after notice and hearing.

5.

Joseph H Lee and Chan Joo Lee ("Purchasers") have offered to purchase the personal property for $7,900.00. The purchasers are the landlords at the debtor's former place of business. Scott Schwartz, the estate's auctioneer/appraiser has reviewed the items to be sold and believes the items would bring between $10,000.00 and $15,000.00 at public auction. Mr. Schwartz believes that moving and storing the items to be sold would be costly.

6.

There are no liens or encumbrances on the property and the net proceeds to the estate will be $7,900.00. Therefore the price for the property is greater than the aggregate value of all liens on the property and this satisfies the requirement of 11 U.S.C. section 363(f)(3). The trustee believes that the price offered for the property is fair and reasonable.

7.

The trustee has expended and will continue to expend substantial time to preserve this asset of the estate, for which compensation may be sought under 11 U.S.C. section 506(c).

8.

A higher or better offer may be received prior to the Court approving the sale to purchasers and the trustee requests that the Court consider all bona fide offers.

9.

The trustee believes the sale of the shares is in the best interest of the estate and that the terms of the sale, including price, are reasonable.

4

WHEREFORE, Movant prays that the Court grant this Motion and Order the private sale of the property free and clear of liens and encumbrances; and that the Court grant such other and further relief as may be just and proper.

Dated: 2/17/15

    /s/ William J. Layng, Jr._____
William J. Layng, Jr. Bar No. 441550
Chapter 7 Trustee
William J. Layng, Jr., P.C.
400 Galleria Parkway, Suite 1500
Atlanta, Georgia 30339
678-385-5920
blayng@wlaynglaw.com

5

**In Re: Zandi Enterprises Inc., d/b/a Atlantic Muffler & Auto Care
Case Number 15-51849-MGD**

### CERTIFICATE OF SERVICE

I, William J. Layng, Jr., hereby certify that I have served the foregoing **Notice of Hearing and Motion for Authorization to Conduct a Private Sale of the Debtor's Interest in Certain Personal Property Free and Clear of Liens Interests and Other** by mailing a copy of same in a properly addressed envelope with sufficient postage thereon to ensure its delivery through the United States mail to the following:

United States Trustee
Room 362 Russell Fed Bldg
75 Spring Street SW
Atlanta, GA 30303

Zandi Enterprises Inc. d/b/a Atlantic Muffler & Auto Care
2854 Donamire Lane
Kennesaw, GA 30144

George M. Geeslin
Eight Piedmont Center, Suite 550
3525 Piedmont Road, N.E.
Atlanta, GA 30305-1565

Joseph H Lee
Chan Joo Lee
3040 Kellogg Creek Road
Acworth, GA 30102

Thomas Lee
361 Lakeshore Dr NE
Marietta, GA 30067

All Creditors on the Attached Mailing List

Dated:  2/17/15

            /s/ William J. Layng, Jr._____
           William J. Layng, Jr. Bar No. 441550
           Chapter 7 Trustee
           William J. Layng, Jr., P.C.
           400 Galleria Parkway, Suite 1500
           Atlanta, Georgia 30339
           678-385-5920
           blayng@wlaynglaw.com

```
Label Matrix for local noticing              Bullseye Auction & Appraisal              George M. Geeslin
113E-1                                       Attn: Scott Schwartz                      Eight Piedmont Center, Suite 550
Case 15-51849-mgd                            500 Pike Park Drive, Suite F              3525 Piedmont Road, N.E.
Northern District of Georgia                 Lawrenceville, GA 30046-2416              Atlanta, GA 30305-1578
Atlanta
Mon Feb 16 23:05:26 EST 2015

Joseph H. Lee and Chan Joo Lee               William J Layng Jr.                      William J. Layng Jr.
3040 Kellogg Creek Road                      Suite 1500                                William J. Layng, Jr., PC
Acworth, GA 30102-1149                       400 Galleria Parkway                      Suite 1500
                                             Atlanta, GA 30339-5953                    400 Galleria Parkway
                                                                                       Atlanta, GA 30339-5953


Mehrdad Zandi                                Office of the United States Trustee       Stonebridge Accounting & Forensics LLC
2854 Donamire Lane                           362 Richard Russell Building              P.O. Box 1290
Kennesaw, GA 30144-7361                      75 Spring Street, SW                      Grayson, GA 30017-0025
                                             Atlanta, GA 30303-3315


Zandi Enterprises Inc. d/b/a Atlantic Muffle
2854 Donamire Lane
Kennesaw, GA 30144-7361
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)William J. Layng Jr.                      End of Label Matrix
William J. Layng, Jr., PC                    Mailable recipients     9
Suite 1500                                   Bypassed recipients     1
400 Galleria Parkway                         Total                  10
Atlanta, GA 30339-5953
```